# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**BRIAN M. CASEY,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　**Case No. 4:17cv160-MW/CAS**

**PAMELA JO BONDI, et al.,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4, Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is **DENIED** pursuant to 28 U.S.C. § 1915(g). This case is **DISMISSED** without prejudice to Plaintiff's refiling an action if he simultaneously submits the $400.00 filing fee. The Clerk is directed to note on the docket this case is dismissed pursuant to 28 U.S.C. § 1915(g)." The

1

Clerk shall close the file.

**SO ORDERED on May 16, 2017.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**